# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**KIMBERLY BOSZE** and **JOHN STANSIFER,**
Appellants,

v.

**NEWREZ LLC** d/b/a **SHELLPOINT MORTGAGE SERVICING,**
Appellee.

No. 4D2025-2515

[December 18, 2025]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE24016300.

Kimberly Bosze and John Stansifer, Coconut Creek, pro se.

Daniel S. Stein of Popkin & Rosaler PA, Deerfield Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***